IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD O. BRYANT,<br><br>    Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>_____ / | No. C 07-1845 JSW (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>(Docket No. 21) |

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. § 2254. On August 10, 2010, the petition was denied on its merits and a certificate of appealability was denied in the same order. Petitioner has filed a notice of appeal and a motion for leave to proceed on appeal in forma pauperis. The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is DENIED. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

DATED: 02/24/2011



_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE